BUCK v. RAILROAD

No. 47 PC.

Case below: 44 N.C. App. 588.

Petition by defendant Goforth Brothers for discretionary review under G.S. 7A-31 denied 1 April 1980. Motion of defendant Railroad to withdraw petition allowed 1 April 1980.

COMR. OF INSURANCE v. RATE BUREAU

No. 159 PC.

Case below: 43 N.C. App. 715.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 1 April 1980.

DEVELOPMENT CO. v. COUNTY OF WILSON

No. 39 PC.

Case below: 44 N.C. App. 469.

Petition by plaintiffs for discretionary review under G.S. 7A-31 denied 1 April 1980. Motion of defendants to dismiss appeal for lack of substantial constitutional question allowed 1 April 1980.

ETHERIDGE v. ETHERIDGE

No. 24 PC.

Case below: 44 N.C. App. 614.

Petition by defendant for discretionary review under G.S. 7A-31 denied 1 April 1980.